

```
2
```

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s)
Charles & Angela Myers

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re<br><br>Charles T. Myers and<br>Angela M. Myers,<br><br>         Debtor(s).<br><br>5417 Resso Terrace<br>Salida, CA 95368 | Case No. 11-91354<br><br>DC No. BSH-1<br><br>Chapter 13<br><br>Date: July 5, 2011<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D<br>Judge: Hon. Robert S. Bardwil |

**NOTICE OF PROPOSED CHAPTER 13 PLAN & MOTION TO VALUE COLLATERAL- PNC BANK**

    You are hereby notified that the debtor(s) has/have a proposed chapter 13 plan which includes a motion seeking to value collateral in which you hold a security interest. If you oppose the motion and/or wish to object to confirmation of the chapter 13 plan, it is incumbent on you to file and serve an objection no later than 7 calendar days after the date first set for the meeting of creditors held pursuant to 11 U.S.C. § 341(a) and set it for hearing on July 5, 2011 at 10:00 a.m. in the United States Bankruptcy Court, Eastern District of California, Modesto Division, located at 1200 I Street, Modesto, California 95354.

The address of the debtor(s) is:

5417 Resso Terrace
Salida, CA 95368

The address of the attorney for the debtor(s) is:

Brian S. Haddix, Esq.
Attorney for Debtor(s)
1012 11th Str Ste 201
Modesto, CA 95354-0826

This notice is sent pursuant to General Order 05-03 as amended by General Order 08-02.

HADDIX LAW FIRM

Dated: May 12, 2011

/s/ Brian S. Haddix
Brian S. Haddix
Attorney for Debtor(s)
Charles & Angela Myers