

FILED
May 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003486797

**3**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s)
Charles & Angela Myers

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re | Case No. 11-91354 |
| Charles T. Myers and Angela M. Myers, | DC No. BSH-1 |
| Debtor(s). | Chapter 13 |
| 5417 Resso Terrace Salida, CA 95368 | Date: July 5, 2011<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D<br>Judge: Hon. Robert S. Bardwil |

**CERTIFICATE OF SERVICE**

Pursuant to Eastern District of California Local Bankruptcy Rule 9014-1(e)(1), on

May 12, 2011, I served a copy of the following document(s):

1.      Notice of Proposed Chapter 13 Plan & Motion to Value Collateral

2.      Motion to Value Collateral – PNC Bank

3.      Chapter 13 Plan

on the following parties:

PNC Bank                                  **Notice address on monthly statement**
ATTN: To Officer, Managing or General Agent,
Agent for Service of Process
PO Box 5570
Brecksville, OH 44101-0570

PNC Bank                                   **Notice address on monthly statement**
ATTN: To Officer, Managing or General Agent,
Agent for Service of Process
23000 Mill Creek Blvd., B7-YB72-03-5
Highland Hills, OH 44122

Dream Builder Investments, LLC
ATTN: To Officer, Managing or General Agent,
Agent for Service of Process
30 Wall Street, 6th Floor
New York, NY 10005

in the manner and/or manners described below to each of the parties herein

listed and addressed as above:

☒ BY FIRST CLASS MAIL: I caused such envelope to be deposited in the mail at
my business address, address to the addressee(s) designated.  I am readily
familiar with the practice for collection and processing of correspondence and
pleadings for mailing.  It is deposited with the United States Postal Service on
that same day in the ordinary course of business.

☐ BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED: I caused such
envelope(s) to be deposited in the mail at my business address, addressed to the
addressee(s) designated with return receipt requested.

☐ BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the
addressee(s) designated.

☐ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be
delivered via overnight courier service to the addressee(s) designated.

☐ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone
number(s) of the addressee(s) designated.

☐ BY E-Service: I caused said document(s) to be transmitted via e-mail to the
addressee(s) designated.

I am a citizen of the United States and am employed in Stanislaus County.  I am

over the age of eighteen (18) years and not a party to the within action.  My business

address is 1012 11th Street, Suite 201, Modesto, California, 95354.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called as a witness I would testify competently thereto.

Executed on May 12, 2011 at Modesto, California.

/s/ Amanda Hartt
Amanda Hartt