2011-91354
FILED
July 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003630891

**2**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s)
Charles & Angela Myers

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re | Case No. 11-91354 |
| Charles T. Myers and Angela M. Myers, | DC No. N/A |
| Debtor(s). | Chapter 13 |
| | Date: July 5, 2011<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D<br>Judge: Hon. Robert S. Bardwil |

**ORDER CONFIRMING PLAN AND VALUING COLLATERAL**

The Chapter 13 plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor(s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor(s) address;

2. The debtor(s) shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor(s); and

RECEIVED
July 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003630891

3. The debtor(s) shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $3,500 are approved, $2,026 of which was paid prior to the filing of the petition. The balance of $1,474.00, provided that the attorney and debtor(s) have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

**IT IS FURTHER ORDERED** that the motion to value the collateral of PNC Bank is granted. The replacement value of the collateral and the secured claim of such creditor is determined to be $0.00 and the deficiency shall be allowed as a general unsecured claim provided that a timely proof of claim is filed.

*[signature]*

Approved by the Chapter 13 Trustee as to form.
Dated: July 15, 2011
[

*[signature]*
Robert S. Bardwil, Judge
United States Bankruptcy Court

2